JANE REMSEN, Appellant, *v.* CHARLES A. WINGERT, Respondent.

*Remsen* v. *Wingert,* 112 App. Div. 234, affirmed.
(Argued May 6, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1906, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and directing judgment in favor of defendant on his counterclaim in an action to compel the specific performance of a contract for the purchase of real property.

*John Ewen* and *William R. Wilder* for appellant.

*Theodore T. Baylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.